**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2197**

In re:  VICTOR B. PERKINS,

　　　　　Petitioner.

On Petition for Writ of Mandamus.  (1:19-cv-00822-DKC)

Submitted:  January 23, 2020　　　　　　　　　　Decided:  January 27, 2020

Before WYNN, DIAZ, and RICHARDSON, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Victor Bernard Perkins, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor B. Perkins petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his civil case. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the court dismissed Perkins' action on November 20, 2019. Accordingly, because the district court has recently decided Perkins' case, while we grant Perkins leave to proceed in forma pauperis, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*